# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA

v.

JOHN FRANK BONILLA-CRISTANCHO,
    also known as "Raton" and "Mickey,"

**WARRANT FOR ARREST**

CASE NUMBER:

DEFENDANT.

TO: DEA TFO Therone Eugene, ICE Special Agent Romedio Viola, and any Authorized United States Official

YOU ARE HEREBY COMMANDED to arrest __JOHN FRANK BONILLA-CRISTANCHO__
                                                            Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[✓] Indictment [ ] Information [ ] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)
**International Cocaine Distribution Conspiracy**

In violation of Title __21__ United States Code, Section(s) __959__

Honorable James Orenstein | United States Magistrate Judge
Name of Issuing Officer | Title of Issuing Officer

_/s/ JO/c_ | September 11, 2009, Brooklyn, New York
Signature of Issuing Officer | Date and Location
Bail fixed at $ _____ | By _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# UNITED STATES DISTRICT COURT

<u>      EASTERN      </u> DISTRICT OF <u>      NEW YORK      </u>

UNITED STATES OF AMERICA

v.

MAURICIO FINA RESTREPO,
    also known as "Gaviota," "Teodoro
Mauricio Fina Restrego," "Yanez Wilfredo"
    and "Gustavo Alberto Sanchez Martinez,"

**WARRANT FOR ARREST**

CASE NUMBER:

DEFENDANT.

TO: <u>DEA TFO Therone Eugene, ICE Special Agent Romedio Viola</u>, and any Authorized United States Official

YOU ARE HEREBY COMMANDED to arrest <u>**MAURICIO FINA RESTREPO**</u>
                                                               Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[✓] Indictment [ ] Information [ ] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)
<u>International Cocaine Distribution Conspiracy</u>

In violation of Title <u>21</u>      United States Code, Section(s) <u>959</u>

<u>Honorable James Orenstein</u>      <u>United States Magistrate Judge</u>
Name of Issuing Officer      Title of Issuing Officer

*[signature]*      <u>September 11, 2009, Brooklyn, New York</u>
Signature of Issuing Officer      Date and Location
Bail fixed at $ _____      By _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA

v.

MAURICIO MUNOZ-CORREA,
    also known as "La Gorda,"

**WARRANT FOR ARREST**

CASE NUMBER:

DEFENDANT.

TO: DEA TFO Therone Eugene, ICE Special Agent Romedio Viola, and any Authorized United States Official

YOU ARE HEREBY COMMANDED to arrest __MAURICIO MUNOZ-CORREA__
                                                               Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[✓] Indictment [ ] Information [ ] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)
__International Cocaine Distribution Conspiracy__

In violation of Title __21__ United States Code, Section(s) __959__

| Honorable James Orenstein | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | September 11, 2009, Brooklyn, New York |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ _____ | By _____ |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA

v.

ALVARO PALAU,
    also known as "Flaco" and "Olfato,"

DEFENDANT.

**WARRANT FOR ARREST**

CASE NUMBER:

TO: DEA TFO Therone Eugene, ICE Special Agent Romedio Viola, and any Authorized United States Official

YOU ARE HEREBY COMMANDED to arrest __ALVARO PALAU__
    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[✓] Indictment [ ] Information [ ] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)
**International Cocaine Distribution Conspiracy.**

In violation of Title __21__     United States Code, Section(s) __959__

Honorable James Orenstein     United States Magistrate Judge
Name of Issuing Officer     Title of Issuing Officer

*[signature]*     September 11, 2009, Brooklyn, New York
Signature of Issuing Officer     Date and Location
Bail fixed at $ _____     By _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# UNITED STATES DISTRICT COURT

_____EASTERN_____ DISTRICT OF _____NEW YORK_____

UNITED STATES OF AMERICA

v.

HAROLD MAURICIO POVEDA-ORTEGA,
    also known as "Conejo" and
"Mauricio Poveda,"

**WARRANT FOR ARREST**

CASE NUMBER:

DEFENDANT.

TO: DEA TFO Therone Eugene, ICE Special Agent Romedio Viola, and any Authorized United States Official

YOU ARE HEREBY COMMANDED to arrest **HAROLD MAURICIO POVEDA-ORTEGA**
                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[✓] Indictment [ ] Information [ ] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Continuing Criminal Entreprise; International Cocaine Distribution Conspiracy

In violation of Title __21__ United States Code, Section(s) __848/959__

Honorable James Orenstein | United States Magistrate Judge
Name of Issuing Officer | Title of Issuing Officer

_[signature]_ | September 11, 2009, Brooklyn, New York
Signature of Issuing Officer | Date and Location
Bail fixed at $ _____ | By _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |