# Paul P. Rinaldo
## Attorney At Law

50 Main Street, Suite 1000  
White Plains, NY 10606  
Email: prinaldolaw@aol.com

Tel: (914) 682-2015  
Cell: (914) 374-2337  
Fax: (914) 682-7784

Via ECF

November 10, 2016

The Honorable I. Leo Glasser  
United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

    Re: <u>United States v. Alvaro Palau</u>  
        09 CR 633(ILG)

Dear Judge Glasser:

I respectfully request an adjournment of the upcoming status conference in the above matter from November 18, 2016 until November 30, 2016 at 10:00 a.m., a date and time which I understand are convenient to the Court.

I am scheduled to appear for a sentencing hearing in the matter of <u>United States v. James Christiano</u>; 15 CR 370(NSR), in the United States District Court, Southern District of New York, White Plains, before the Honorable Nelson S. Román on November 18, 2016.

Assistant United States Attorney Gina Parlovecchio has no objection to this request and the defendant agrees to the exclusion of time under the Speedy Trial Act until the next court date.

Respectfully requested,

Paul P. Rinaldo

cc: AUSA Gina Parlovecchio, via ECF