ALEXEI SCHACHT
*Attorney At Law*
123 West 94th Street
New York, New York 10023
Phone:   (646) 729-8180
Fax:     (212) 504-8341
Email: alexei@schachtlaw.net

July 26, 2017

The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States v. Alvaro Palau, 09CR633 (ILG)

Dear Judge Glasser:

    This law firm represents Alvaro Palau. He is an inmate at the MDC Brooklyn. Your Honor may recall that at the last appearance in court my client was visibly hobbling and I informed you that he has an artificial hip that is many years old. That hip has been giving him constant pain and may need to be replaced. At a minimum he requires medical attention, I believe at a hospital or facility where an x-ray may be taken and a diagnosis made. I have so far been unsuccessful in getting the MDC to treat him. So as a last resort I am asking that the Court "so order" this letter requiring the MDC to appropriately diagnose and treat my client's medical problem.

    Thank you so much for your time and attention.

    Respectfully submitted,

    s/ Alexei Schacht

    Alexei Schacht

cc:    A.U.S.A. Gina Parlovecchio (by ECF)