July 27, 2017

Alexei Schacht, Esq.
123 West 94th Street
New York, NY 10023

      Re: *United States v. Alvaro Palau*, 09-CR-0633 (ILG)

Dear Mr. Schacht:

      I have spoken with BOP counsel at the Metropolitan Detention Center and was informed that Mr. Palau was seen yesterday, was given pain relief medication and is scheduled to have his hip x-rayed. Counsel told me that she will relay that information directly to you. The "Order" you request that I issue is, therefore, neither necessary nor appropriate.

                                   Yours sincerely,

                                   /s/

                                 I. Leo Glasser
                                 Senior United States District Judge