ALEXEI SCHACHT
Attorney At Law
123 West 94th Street
New York, New York 10025
Phone: (646) 729-8180
Fax: (212) 504-8341
Email: alexei@schachtlaw.net

April 20, 2019

The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Alvaro Palau, 09CR633 (ILG)

Dear Judge Glasser:

    This law firm represents Alvaro Palau, an inmate at MDC Brooklyn. I recently made an application to your Honor seeking the Court's assistance in obtaining medical treatment for my client. The Court ordered the MDC to respond to my request. As far as I am aware nothing has been done and the MDC has given no answer to the Court's letter. Most immediately, I do know that my client's dental situation has worsened. He has exposed nerves under one or two teeth and so eating is extremely painful. He has sought but not been given dental treatment for this problem beyond being told that he is on some list awaiting treatment. This is not sufficient. My client is a warm human being who deserves medical treatment while incarcerated. So I ask that your Honor order the MDC to provide real medical care for my client.

    Thank you again very much for your time and attention.

    Respectfully submitted,

    *s/ Alexei Schacht*

    Alexei Schacht

cc:    United States Attorney's Office (by ECF)
       MDC Brooklyn Legal Department (by regular mail)
       Alvaro Palau (by regular mail)