UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

CHAMBERS OF
I. LEO GLASSER
SENIOR JUDGE

April 22, 2019

Nicole McFarland, Esq.
Metropolitan Detention Center
80 29th Street
Brooklyn, New York 11232

Re: *United States v. Alvaro Palau*
    **Docket No. 09-CR-633 (ILG)**

Dear Ms. McFarland:

    A third letter has been received (to two of which you were copied) from the Defendant's attorney alleging inadequate or indifferent attention to a painful medical problem from which he has been suffering for some time.

    In a letter dated April 2nd, I wrote to you requesting a response informing me regarding those repeated complaints. As of this date, I have received no response. Absent a response within a reasonable time, I will have no alternative but to advise his counsel to pursue his available legal remedies.

Yours sincerely,

/s/

I. Leo Glasser
Senior United States District Judge

cc: Alexei Schacht, Esq.